# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 10, 2019

## NO. 03-18-00811-CV

### M. M. G., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

## APPEAL FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICES KELLY AND SMITH
## AFFIRMED -- OPINION BY JUSTICE KELLY

This is an appeal from the judgment signed by the trial court on November 15, 2018. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.